IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | §   CASE NUMBER 1:21-CR-00007-2-TH |
| v. | § |
| | § |
| | § |
| | § |
| BLAKE ANDREW SIMMONS | § |
| | § |

ORDER ADOPTING FINDINGS OF FACT AND RECOMMENDATION
ON DEFENDANT'S GUILTY PLEA

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Judge Hawthorn conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued his Findings of Fact and Recommendation on Guilty Plea Before the United States Magistrate Judge. The magistrate judge recommended that the court accept the Defendant's guilty plea. He further recommended that the court adjudge the Defendant guilty on Counts One and Two of the Indictment filed against the Defendant.

The parties have not objected to the magistrate judge's findings. The court **ORDERS** that the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge are **ADOPTED**. The court accepts the Defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

It is further **ORDERED** that, in accordance with the Defendant's guilty plea and the magistrate judge's findings and recommendation, the Defendant, Blake Andrew Simmons, is adjudged guilty as to Counts One and Two of the Indictment charging a violation of 21 U.S.C. §

841(a)(1)—Possession with the Intent to Distribute or Dispense Actual Methamphetamine and 21 U.S.C. § 846 and 18 U.S.C. § 2—Conspiracy to Possess with the Intent to Distribute and Distribution of a Controlled Substance, Actual Methamphetamine.

**SIGNED** this the 10 day of **June, 2021.**

_____
Thad Heartfield
United States District Judge